UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY SIMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-967** |
| **BURL CAIN, WARDEN** | **SECTION "K"(5)** |

### ORDER AND REASONS

Before this Court is the "Objection to Magistrate Report and Recommendation" filed by petitioner Larry Sims, *pro se* (Rec. Doc. 28). Having conducted a *de novo* review of the Petition (Rec. Doc. 1), the Amended and Supplemental Petition (Rec. Doc. 23), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 27), and the objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 28), the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

The Court notes that the petitioner did not urge any objections to the Report and Recommendations that were not thoroughly and appropriately addressed therein.

New Orleans, Louisiana, this 24th day of February, 2014.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1